UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED

FEB 2 4 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

NICO VIVEROS and
MATTHEW EGIZIO

Case No. 25 CR 50042

Violations: Title 21, United States Code,
841(a)(1) and 846; Title 18, United States
Code, Section 1956(a)(1)(B)(i)

## SUPERSEDING INDICTMENT

## COUNT ONE

The SPECIAL JULY 2025 GRAND JURY charges:

Between in or around June 2025 through on or about August 5, 2025, at
Rockford and Machesney Park, in the Northern District of Illinois, Western Division,

NICO VIVEROS and
MATTHEW EGIZIO

defendants herein, did conspire with each other, and with others known and unknown
to the Grand Jury, to knowingly and intentionally possess with intent to distribute
controlled substances, namely, 400 grams or more of a mixture or substance
containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylthyl)-4-
piperidinyl] propenamide), a Schedule II controlled substance; 5 kilograms or more
of a mixture or substance containing a detectable amount of cocaine, a Schedule II
controlled substance; and 500 grams or more of a mixture or substance containing a
detectable amount of methamphetamine, a Schedule II controlled substance; in
violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## **COUNT TWO**

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about August 5, 2025, at Machesney Park, in the Northern District of Illinois, Western Division,

### NICO VIVEROS and
### MATTHEW EGIZIO

defendants herein, knowingly and intentionally possessed with intent to distribute controlled substances, namely, 400 grams or more of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylthyl)-4-piperidinyl] propenamide), a Schedule II controlled substance; 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about August 5, 2025, at Rockford, in the Northern District of Illinois, Western Division,

### NICO VIVEROS

defendant herein, knowingly and intentionally possessed with intent to distribute controlled substances, namely, 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a mixture or substance containing a detectable amount of carfentanil, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about April 18, 2025, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

### NICO VIVEROS

defendant herein, did knowingly conduct a financial transaction, namely, the transfer of approximately $100,000 in United States currency, which involved (and defendant knew involved) the proceeds of a specified unlawful activity, namely, the possession with intent to distribute and distribution of controlled substances, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said unlawful activity;

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT FIVE

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about July 21, 2025, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

### NICO VIVEROS

defendant herein, did knowingly conduct a financial transaction, namely, the transfer of approximately $600 in United States currency, which involved (and defendant knew involved) the proceeds of a specified unlawful activity, namely, the possession with intent to distribute and distribution of controlled substances, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said unlawful activity;

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT SIX

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about July 23, 2025, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

### NICO VIVEROS

defendant herein, did knowingly conduct a financial transaction, namely, the transfer of approximately $2,000 in United States currency, which involved (and defendant knew involved) the proceeds of a specified unlawful activity, namely, the possession with intent to distribute and distribution of controlled substances, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said unlawful activity;

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT SEVEN

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about July 28, 2025, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

### NICO VIVEROS

defendant herein, did knowingly conduct a financial transaction, namely, the transfer of approximately $1,700 in United States currency, which involved (and defendant knew involved) the proceeds of a specified unlawful activity, namely, the possession with intent to distribute and distribution of controlled substances, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said unlawful activity;

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## FIRST FORFEITURE ALLEGATION

The SPECIAL JULY 2025 GRAND JURY further alleges:

1.     Upon conviction of an offense in violation of Title 21, United States Code, Section 846 or 841, as set forth in this superseding indictment, defendant NICO VIVEROS shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner or part, to commit and to facilitate the commission of the offense, as provided in Title 21, United States Code, Section 853(a).

2.     The property to be forfeited includes, but is not limited to, the following specific property:

   a.   Approximately $48,980 United States currency found during the execution of the search warrant at the address on Montlake Drive, Rockford, Illinois.

   b.   Approximately $49,875 United States currency turned over to law enforcement.

3.     If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as

8

provided in Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b)(2).

## SECOND FORFEITURE ALLEGATION

The SPECIAL JULY 2025 GRAND JURY further alleges:

1.    Upon conviction of an offense in violation of Title 18, United States Code, Section 1956, as set forth in this superseding indictment, defendant NICO VIVEROS shall forfeit to the United States of America any property involved in such offense, and any property traceable to such property, as provided in Title 18, United States Code, Section 982(a)(1).

2.    The property to be forfeited includes, but is not limited to, the following specific property:

> a.  Approximately $226.02 in United States Currency in Rock Valley Credit Union Account No. ending in 2763.

> b.  Approximately $6,338.34 in United States Currency in Rock Valley Credit Union Account No. ending in 0533.

> c.  Approximately $14,341.25 in United States Currency in Rock Valley Credit Union Account No. ending in 7962.

> d.  The real property commonly known as 3232 Montlake Drive, Rockford, Illinois 61114 legally described as follows:

> SPRING LAKE ESTATES 5 E 1/2 SEC 9-44-2 LOT 144.
> LOT ONE HUNDRED FORTY-FOUR (144) AS DESIGNATED UPON PLAT NO. 5 OF SPRING LAKE ESTATES BEING A SUBDIVISION OF PART OF THE EAST HALF (1/2) OF SECTION 9, TOWNSHIP 44 NORTH, RANGE 2 EAST OF THE THIRD PRINCIPAL MERIDIAN, WHICH PLAT IS RECORDED IN BOOK 32 OF PLATS ON PAGE 170 IN THE RECORDER'S OFFICE OF WINNEBAGO COUNTY, ILLINOIS, SITUATED IN THE COUNTY OF WINNEBAGO AND STATE OF ILLINOIS.

> PIN:12-09-251-011

3.     If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b)(2).

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY

11